IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA H. STULMAN,<br>        Plaintiff,<br>v.<br><br>PENNSYLVANIA STATE UNIVERSITY, CHARLES GAROIAN, in his individual and official capacities, ROBERT YARBER, in his individual and official capacities, and GRAHAM B. SPANIER, in his official capacity,<br>        Defendants. | Civil Action No. 07-1530<br><br>Complaint filed: April 17, 2007<br><br>Honorable Lawrence F. Stengel |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties hereto that any and all claims in the above-entitled action are hereby dismissed with prejudice. Each party shall bear its own costs.

_____
Jerome M. Marcus, Esquire
MARCUS & AUERBACH LLC
400 Greenwood Avenue, Suite 200
Wyncote, PA 19095

Attorneys for Plaintiff

Dated: _____

_____
Thomas M. Goutman, Esquire (TMG2512)
WHITE AND WILLIAMS, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Attorneys for Defendants Charles Garoian and Robert Yarber

Dated: August 20, 2008

_____
Katherine M. Allen, Esquire
McQUAIDE, BLASKO, FLEMING & FAULKNER, INC.
811 University Drive
State College, PA 16801

Attorneys for Defendants, The Pennsylvania State University and Graham B. Spanier

Dated: August 7, 2008

## CERTIFICATE OF SERVICE

Thomas M. Goutman hereby certifies that on this date, a copy of a Stipulation of Dismissal was filed electronically and is available for viewing and downloading from the ECF system and, further, was served via U.S. Mail, postage prepaid, upon unregistered parties, as well as upon the following counsel of record:

Jerome M. Marcus, Esquire
**MARCUS & AUERBACH LLC**
400 Greenwood Avenue, Suite 200
Wyncote, PA 19095
Counsel for Plaintiff, Joshua Stulman

Katherine M. Allen, Esquire
**MCQUAIDE, BLASKO, FLEMING & FAULKNER, INC.**
811 University Drive
State College, PA 16801
Attorneys for Defendants,
The Pennsylvania State University and
Graham B. Spanier

                                                **WHITE AND WILLAIMS LLP**
*Attorneys for Defendants,*
*Charles Garoian and Robert Yarber*

By:    s/ Thomas M. Goutman
           TMG(2512)
           Thomas M. Goutman/
           Pa. Atty. 30236
           1800 One Liberty Place
           Philadelphia, PA 19103-7395
           (215) 864-7057
           (215) 789-7557 fax

Dated: August 20, 2008